Matthew W. Wright (014104)
Christopher S. Welker (020060)
**WRIGHT WELKER & PAUOLE PLC**
10429 South 51st Street, Suite 285
Phoenix, Arizona  85044
(480) 961-0040
mwright@wwpfirm.com
cwelker@wwpfirm.com
Attorneys for all Defendants, except John Shea and Christine Shea

### IN THE UNITED STATES DISTRICT COURT

### IN AND FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jenifer Anderson, a single woman; L.A., a single woman;<br><br>          Plaintiffs,<br><br>     vs.<br><br>Mesa Public School District, et. al.,<br><br>          Defendants. | Case No. 2:18-cv-00692-DJH<br><br>**STIPULATION TO DISMISS VARIOUS CLAIMS**<br><br><br>(Assigned to the Hon. Diane J. Humetewa) |

    Plaintiffs and Defendants, by and through undersigned counsel, stipulate and agree that the Court should dismiss the following claims:[1]

    1.  Any and all claims asserted by Plaintiff Jenifer Anderson, without prejudice;

    2.  Plaintiffs' claim for punitive damages against defendants Mesa Unified School District No. 4[2] and Mesa Public Schools Governing Board, with prejudice; and

    3.  Plaintiffs' claim for violations of Title IX, 20 U.S.C. § 1681 et seq., against all individual defendants, with prejudice.

---

[1] A proposed Order is lodged with this Stipulation.
[2] Identified as Mesa Public School District in the Complaint.

**RESPECTFULLY SUBMITTED** this 19th day of September, 2018.

WRIGHT WELKER & PAUOLE PLC

By */s/*Christopher S. Welker
    Matthew W. Wright
    Christopher S. Welker
    10429 South 51st Street, Suite 285
    Phoenix, Arizona  85044
    *Attorneys for all Defendants, except John Shea*
      *and Christine Shea*

MILLS + WOODS LAW, PLLC

By /s/Jordan C. Wolff (with permission)
    Sean A. Woods
    Robert T. Mills
    Jordan C. Wolff
    5055 N 12th Street, Suite 101
    Phoenix, AZ 85014
    *Attorneys for Plaintiffs*

HENDRICKS MURPHY PLLC

By /s/Ed Hendricks, Jr. (with permission)
    Ed Hendricks, Jr.
    3101 North Central Avenue, Suite 970
    Phoenix, Arizona 85012
    *Attorneys for the Shea Defendants*