Matthew W. Wright (014104)
Christopher S. Welker (020060)
**WRIGHT WELKER & PAUOLE PLC**
10429 South 51st Street, Suite 285
Phoenix, Arizona  85044
(480) 961-0040
mwright@wwpfirm.com
cwelker@wwpfirm.com
Attorneys for all Defendants, except John Shea and Christine Shea

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jenifer Anderson, a single woman; L.A., a single woman,<br><br>        Plaintiffs,<br><br>vs.<br><br>Mesa Public School District, et. al.,<br><br>        Defendants. | Case No. 2:18-cv-00692-DJH<br><br>**Maricopa County Superior Court Cause No. CV2017-011087**<br><br>**NOTICE OF NON-PARTY AT FAULT** |

In accordance with Ariz. Rev. Stat. §§ 12-2505 and 12-2506 and Ariz. R. Civ. P. 26(b)(5), all defendants, except John and Christine Shea, identify the following nonparty at fault. Defendants reserve the right to supplement this notice as discovery proceeds.

**1.    Jenifer Anderson**
       **c/o Sean A. Woods and Jordan Wolff**
       **Mills Woods Law, PLLC**
       **5055 N. 12th Street, Suite 101**
       **Phoenix, AZ 85014**

Jenifer Anderson is plaintiff L.A.'s mother.[1] Plaintiff L.A. apparently alleges in this action that employees of defendant Mesa Unified School District (aka Mesa Public Schools) should have discovered the nature of her alleged relationship with defendant John Shea and should have intervened to prevent the relationship. These defendants deny Plaintiff's allegations and assert that Plaintiff has not stated a viable cause of action against them.

However, upon information and belief, Jenifer Anderson observed her daughter with defendant John Shea, was aware that Mr. Shea provided rides to L.A. on occasion, and was aware of other encounters between L.A. and Mr. Shea. And according to Plaintiff L.A.'s theories and allegations against the school district employees, Jenifer Anderson should have intervened and prevented the alleged relationship between John Shea and L.A., and should have otherwise supervised L.A. to prevent L.A.'s alleged encounters with Mr. Shea. Accordingly, the jury must allocate fault for Plaintiff L.A.'s alleged injuries to Ms. Anderson.

Discovery is ongoing and defendants reserve the right to designate additional nonparties at fault identified during discovery.

/ / /

/ / /

/ / /

/ / /

/ / /

---

[1] Jenifer Anderson was originally a plaintiff in this action. The parties, however, have filed a stipulation with the Court to dismiss her claims. Accordingly, defendants identify Jenifer Anderson as a non-party at fault in light of the imminent dismissal of her claims.

1  DATED this 19th day of September, 2018.

2                                         WRIGHT WELKER & PAUOLE PLC

3

4                                         By s/Christopher S. Welker
5                                            Matthew W. Wright
                                             Christopher S. Welker
6                                            10429 South 51st Street, Suite 285
7                                            Phoenix, Arizona  85044
                                             Attorneys for all Defendants, except John Shea
8                                              and Christine Shea

**CERTIFICATE OF SERVICE**

    I hereby certify that on September 19, 2018, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing and service to the following:

Robert T. Mills
Sean A. Woods
Jordan C. Wolff
Mills + Woods Law, PLLC
5055 N. 12th Street, Suite 101
Phoenix, AZ 85014
Attorneys for Plaintiffs

Ed Hendricks, Jr.
Hendricks Murphy PLLC
3101 N. Central Avenue, Suite 970
Phoenix, AZ 85012
Attorneys for Defendants John Shea and Christine Shea

/s/Debi Handrahan
6927-1321