IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jenifer Anderson, | No. CV-18-00692-PHX-DJH |
| Plaintiff, | **ORDER** |
| v. | |
| Mesa Public Schools District, et al., | |
| Defendants. | |

This matter is before the Court on the parties'[1] Joint Stipulated Motion to Extend Plaintiff's Deadline to Respond to Defendant's Motion for Partial Judgment on the Pleadings. (Doc. 30). Pursuant to the stipulation of the parties,

**IT IS ORDERED** granting the Stipulation and allowing Plaintiff up to and including October 22, 2018 to respond to Defendants' Motion for Partial Judgment on the Pleadings.

Dated this 19th day of October, 2018.

Honorable Diane J. Humetewa
United States District Judge

---

[1] All Defendants except John and Christine Shea are parties to the stipulation.