Robert T. Mills (Arizona Bar #018853)
Sean A. Woods (Arizona Bar #028930)
Jordan C. Wolff (Arizona Bar #034110)
**MILLS + WOODS LAW, PLLC**
5055 North 12th Street, Suite 101
Phoenix, Arizona 85014
Telephone 480.999.4556
docket@millsandwoods.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| L.A.,<br><br>Plaintiff,<br><br>vs.<br><br>Mesa Public School District, et. al.,<br><br>Defendants. | Case No.: 2:18-cv-00692-DJH<br><br>**NOTICE OF SERVICE OF DISCOVERY**<br><br>(Assigned to the Hon. Diane J. Humetewa) |

PLEASE TAKE NOTICE that on December 18, 2018, Plaintiff L.A., by and through undersigned counsel, served Plaintiff's First Request for Production of Documents from Defendant Mesa Public Schools Governing Board, Plaintiff's First Request for Production of Documents from Defendant Mesa Public Schools District, Plaintiff's First Request for Production of Documents from Defendant John Shea, Plaintiff's First Request for Production of Documents from Defendant Cathy Underwood, Plaintiff's First Request for Production of Documents from Defendant Peter Jonovich, Plaintiff's First Request for Production of Documents from Defendant Steven Peterson, Plaintiff's First Request for Production of Documents from Defendant Greg Schulz, Plaintiff's First Request for Production of Documents from Defendant Shantele Peterson, Plaintiff's First Request for Production of Documents from Defendant Sara Nixon, Plaintiff's First Request for Production of Documents from Defendant Angelo Paffumi, Plaintiff's First Set of Requests for Admissions to Defendant Mesa Public Schools Governing Board, Plaintiff's First Set

of Requests for Admissions to Defendant Steven Peterson, Plaintiff's First Set of Requests for Admissions to Defendant Greg Schulz, Plaintiff's First Set of Requests for Admissions to Defendant Shantele Peterson, Plaintiff's First Set of Requests for Admissions to Defendant Peter Jonovich, Plaintiff's First Set of Requests for Admissions to Defendant Holly Williams, Plaintiff's First Set of Requests for Admissions to Defendant Cathy Underwood, Plaintiff's First Set of Requests for Admissions to Defendant Sara Nixon, Plaintiff's First Set of Requests for Admissions to Defendant Angelo Paffumi, Plaintiff's First Set of Requests for Admissions to Defendant John Shea, Plaintiff's First Set of Interrogatories to Defendant Mesa Public Schools Governing Board, Plaintiff's First Set of Interrogatories to Defendant Mesa Public Schools District, Plaintiff's First Set of Interrogatories to Defendant Sara Nixon, Plaintiff's First Set of Interrogatories to Defendant Shantele Peterson, Plaintiff's First Set of Interrogatories to Defendant Angelo Paffumi, Plaintiff's First Set of Interrogatories to Defendant Holly Williams, Plaintiff's First Set of Interrogatories to Defendant Greg Schulz, Plaintiff's First Set of Interrogatories to Defendant Peter Jonovich, and Plaintiff's First Set of Interrogatories to Defendant Cathy Underwood on all counsel via e-mail.

**RESPECTFULLY SUBMITTED** this 18th day of December 2018.

                **MILLS + WOODS LAW, PLLC**

By    /s/ Jordan C. Wolff
       Robert T. Mills
       Sean A. Woods
       Jordan C. Wolff
       5055 North 12th Street, Suite 101
       Phoenix, AZ 85014
       *Attorneys for Plaintiff*

# CERTIFICATE OF SERVICE

I hereby certify that on December 18, 2018, I electronically transmitted the foregoing document to the Clerk's Office using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Matthew W. Wright
mwright@wwpfirm.com
Christopher S. Welker
cwelker@wwpfirm.com
Wright Welker & Pauole PLC
10429 South 51st Street, Suite 285
Phoenix, Arizona 85044
(480) 961-0040
Attorneys for All Defendants, except John Shea and Christine Shea

Ed Hendricks, Jr.
ed@hendricksmurphy.com
3101 North Central Avenue, Suite 970
Phoenix, Arizona 85012
(602) 604-2132
Attorneys for Defendants John and Christine Shea


   /s/ Elisabeth A. Small