Robert T. Mills (Arizona Bar #018853)
Sean A. Woods (Arizona Bar #028930)
Jordan C. Wolff (Arizona Bar #034110)
**MILLS + WOODS LAW, PLLC**
5055 North 12th Street, Suite 101
Phoenix, Arizona 85014
Telephone 480.999.4556
docket@millsandwoods.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| LA,<br><br>  Plaintiff,<br><br>vs.<br><br>Mesa Public School District, et. al.,<br><br>  Defendants. | Case No.: 2:18-cv-00692-DJH<br><br>**JOINT STIPULATED MOTION TO STAY DISCOVERY DEADLINES PENDING COMPLETION OF MEDIATION AND RESOLUTION OF MESA PUBLIC SCHOOL DISTRICT'S MOTION FOR JUDGMENT ON THE PLEADINGS**<br><br>(Assigned to the Hon. Diane J. Humetewa) |

Pursuant to this Court's Scheduling Order [Dkt. 25], the deadline for participating in good-faith settlement discussions is February 1, 2019. Counsel for the parties have conferred on the issue of settling this matter. All have agreed that mediation with Chris Skelly is appropriate to attempt to resolve this case and are finalizing reservations for mediation on February 6, 2019. Also pending before the Court is Mesa Unified School District's Motion for Partial Judgment on the Pleadings [Dkt. 29] which is now fully briefed [Dkts. 32 & 34].

The Court's deadline for Plaintiff's expert disclosures is January 11, 2019 and the deadline for fact discovery is February 1, 2019. In the interest of conserving the costs of written expert reports and limiting discovery for parties and claims that may be dismissed, the parties hereby jointly stipulate and respectfully request that the Court stay

discovery deadlines until 30 days after the completion of mediation or resolution of the Motion for Partial Judgment on the Pleadings, whichever is later.

This Stipulated Motion is not brought for any improper purpose such as delay. Rather, it is intended to permit the parties to attempt to resolve the case through mediation before incurring significant expenses associated with expert discovery and depositions.

**RESPECTFULLY SUBMITTED** this 11th day of January 2019.

**MILLS + WOODS LAW, PLLC**

By     /s/ Sean A. Woods
      Robert T. Mills
      Sean A. Woods
      Jordan C. Wolff
      5055 North 12th Street, Suite 101
      Phoenix, AZ 85014
      *Attorneys for Plaintiff*

**WRIGHT WELKER & PAUOLE PLC**

By  /s/ Christopher S. Welker (*with permission*)
Matthew W. Wright
Christopher S. Welker
10429 South 51st Street, Suite 285
Phoenix, Arizona 85044
*Attorneys for all Defendants, except John Shea and Christine Shea*

By  /s/ Ed Hendricks, Jr. (*with permission*)
Ed Hendricks, Jr.
3101 North Central Avenue, Suite 970
Phoenix, Arizona 85012
*Attorneys for all Defendants John Shea and Christine Shea*

# CERTIFICATE OF SERVICE

I hereby certify that on January 11, 2019, I electronically transmitted the foregoing document to the Clerk's Office using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Matthew W. Wright
mwright@wwpfirm.com
Christopher S. Welker
cwelker@wwpfirm.com
Wright Welker & Pauole PLC
10429 South 51st Street, Suite 285
Phoenix, Arizona 85044
(480) 961-0040
Attorneys for All Defendants, except John Shea and Christine Shea

Ed Hendricks, Jr.
ed@hendricksmurphy.com
3101 North Central Avenue, Suite 970
Phoenix, Arizona 85012
(602) 604-2132
Attorneys for Defendants John and Christine Shea

/s/ Elisabeth A. Small