Robert T. Mills (Arizona Bar #018853)
Sean A. Woods (Arizona Bar #028930)
Jordan C. Wolff (Arizona Bar #034110)
**MILLS + WOODS LAW, PLLC**
5055 North 12th Street, Suite 101
Phoenix, Arizona 85014
Telephone 480.999.4556
docket@millsandwoods.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| L.A.,<br><br>Plaintiff,<br><br>vs.<br><br>Mesa Public School District, et. al.,<br><br>Defendants. | Case No.: 2:18-cv-00692-DJH<br><br>**NOTICE OF SERVICE OF DISCOVERY**<br><br>(Assigned to the Hon. Diane J. Humetewa) |

PLEASE TAKE NOTICE that on January 17, 2019, Plaintiff L.A., by and through undersigned counsel, served Plaintiff's Response to Defendants' Request for Production of Documents and Plaintiff's Response to Defendants' Interrogatories on all counsel via e-mail.

**RESPECTFULLY SUBMITTED** this 18th day of January 2019.

                                  **MILLS + WOODS LAW, PLLC**

                                  By   /s/ Sean A. Woods
                                         Robert T. Mills
                                         Sean A. Woods
                                         Jordan C. Wolff
                                         5055 North 12th Street, Suite 101
                                         Phoenix, AZ 85014
                                         *Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on January 18, 2019, I electronically transmitted the foregoing document to the Clerk's Office using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

> Matthew W. Wright
> mwright@wwpfirm.com
> Christopher S. Welker
> cwelker@wwpfirm.com
> Wright Welker & Pauole PLC
> 10429 South 51st Street, Suite 285
> Phoenix, Arizona 85044
> (480) 961-0040
> Attorneys for All Defendants, except John Shea and Christine Shea

> Ed Hendricks, Jr.
> ed@hendricksmurphy.com
> 3101 North Central Avenue, Suite 970
> Phoenix, Arizona 85012
> (602) 604-2132
> Attorneys for Defendants John and Christine Shea

   /s/ Elisabeth A. Small

Mills + Woods Law, PLLC
5055 North 12th Street, Suite 101
Phoenix, AZ 85014
480.999.4556