# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jenifer Anderson, | No. CV-18-00692-PHX-DJH |
| Plaintiff, | **ORDER** |
| v. | |
| Mesa Public Schools District, et al., | |
| Defendants. | |

This matter is before the Court on the Notice of Settlement (Doc.43), filed on February 7, 2019. Accordingly,

**IT IS ORDERED** that a Stipulation to Dismiss shall be filed on or before <u>April 12, 2019</u>. If a Stipulation to Dismiss has not been filed by this deadline, the parties shall file a Status Report to the Court on that date.

**IT IS FURTHER ORDERED** that any pending motions in this case (Doc. 29) are DENIED WITHOUT PREJUDICE. These motions may be refiled if full performance of the settlement is not reached.

Dated this 8th day of February, 2019.

Honorable Diane J. Humetewa
United States District Judge