Matthew W. Wright (014104)
Christopher S. Welker (020060)
**WRIGHT WELKER & PAUOLE PLC**
10429 South 51st Street, Suite 285
Phoenix, Arizona 85044
(480) 961-0040
mwright@wwpfirm.com
cwelker@wwpfirm.com
Attorneys for all Defendants, except John Shea and Christine Shea

# IN THE UNITED STATES DISTRICT COURT

# IN AND FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jenifer Anderson, a single woman; L.A., a single woman;<br><br>Plaintiffs,<br><br>vs.<br><br>Mesa Public School District, et. al.,<br><br>Defendants. | Case No. 2:18-cv-00692-DJH<br><br>**Maricopa County Superior Court Cause No. CV2017-011087**<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE** |

Pursuant to Rule 41(a), Federal Rules of Civil Procedure, and by and through their counsel undersigned, Plaintiffs and Defendants stipulate that Plaintiffs' Complaint and each and every cause of action therein may be dismissed with prejudice, each party to bear their own attorneys' fees and costs.

DATED this 27th day of March, 2019.

                                        WRIGHT WELKER & PAUOLE PLC


                                        By */s/*Christopher S. Welker
                                            Matthew W. Wright
                                            Christopher S. Welker
                                            10429 South 51st Street, Suite 285
                                            Phoenix, Arizona 85044
                                            *Attorneys for all Defendants, except John Shea and Christine Shea*

MILLS + WOODS LAW, PLLC

By <u>/s/Sean A. Woods (with permission)</u>
    Sean A. Woods
    Robert T. Mills
    Jordan C. Wolff
    5055 N 12th Street, Suite 101
    Phoenix, AZ 85014
    *Attorneys for Plaintiffs*

HENDRICKS MURPHY PLLC


By <u>/s/Ed Hendricks, Jr. (with permission)</u>
    Ed Hendricks, Jr.
    3101 North Central Avenue, Suite 970
    Phoenix, Arizona 85012
    *Attorneys for the Shea Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on March 27, 2019, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Robert T. Mills
Sean A. Woods
Jordan Wolff
Angelini Mills Woods & Ori Law
5055 N. 12th Street, Suite 101
Phoenix, AZ 85014
Attorneys for Plaintiffs

Ed Hendricks, Jr.
David W. Cowles
Hendricks Murphy, PLLC
3101 N. Central Avenue, Suite 970
Phoenix, AZ 85012
Attorneys for Defendants John Shea and Christine Shea

/s/Debi Handrahan
6927-1321