# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jenifer Anderson,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Mesa Public Schools District, et al.,<br><br>　　　　Defendants. | No. CV-18-00692-PHX-DJH<br><br>**ORDER** |

The Court having reviewed the parties' Stipulation for Dismissal with Prejudice (Doc. 45), filed on March 27, 2019,

**IT IS ORDERED** approving the Stipulation (Doc. 45) and dismissing this action in its entirety, with prejudice, each party to bear its own attorneys' fees and costs.

**IT IS FURTHER ORDERED** directing the Clerk of Court to terminate this action.

Dated this 27th day of March, 2019.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　Honorable Diane J. Humetewa
　　　　　　　　　　　　　　　　　　United States District Judge